```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
PASQUALE GASPERINI and JOHN CAHILL,   :
:
Plaintiffs,   :
:   23-cv-3901 (LJL)
-v-   :
:   ORDER
:
DODGE DATA & ANALYTICS LLC d/b/a DODGE   :
CONSTRUCTION NETWORK,   :
:
Defendants.   :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

This action was filed on May 9, 2023. Dkt. No. 1. The complaint invokes diversity jurisdiction pursuant to 28 U.S.C. § 1332, but it does not specify the citizenship of defendant Dodge Data & Analytics LLC d/b/a Dodge Construction Network or its members. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51-53 (2d Cir. 2000) (for diversity purposes, a limited liability company has the citizenship of each of its members).

Plaintiff is directed to file a letter with the Court by July 25, 2023 that demonstrates whether diversity jurisdiction is properly pled.

SO ORDERED.

Dated: July 21, 2023
   New York, New York
                                                              _____
                                                              LEWIS J. LIMAN
                                                              United States District Judge