```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/01/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PASQUALE GASPERINI and
JOHN CAHILL,

                        Plaintiffs,                  **ORDER SCHEDULING TELEPHONE**
                                                          **CONFERENCE**
    -against-

                                                               **23-CV-3901 (LJL)**

DODGE DATA & ANALYTICS LLC
d/b/a DODGE CONSTRUCTION
NETWORK,

                        Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 21).  A telephone conference will be held on **Tuesday, August 8, 2023, at 12:00 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: August 1, 2023
       New York, New York

                                                          _____
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge