

> **APPLICATION GRANTED:** The Pre-Settlement telephone conference scheduled for Tuesday, August 8, 2023, at 12:00 p.m. is hereby rescheduled to <u>Thursday, September 7, 2023 at 12:30 p.m.</u> Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267.
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 08/04/2023

August 3, 2023

<u>Via ECF</u>
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/04/2023

New York
Times Square Tower
7 Times Square
Suite 4300
New York, NY 10036
(212) 899-9960 Tel
(212) 956-1971 Fax
Writer's Direct Dial:
(212) 899-9975
Writer's E-mail:
skaufman@fisherphillips.com

Re:   <u>Gasperini et al. v. Dodge Data & Analytics LLC
      Civil Action No. 23-cv-03901(LJL)</u>

Dear Judge Parker:

We represent Defendant Dodge Construction Network LLC d/b/a Dodge Data and Analytics[1] ("Defendants") in the above referenced action. We write to respectfully request an adjournment of the telephone conference currently scheduled for Tuesday, August 8, 2023 at 12:00 PM. Defendant requests this adjournment because both attorneys who have appeared on behalf of Defendant have scheduling conflicts on this day. Defendant's Counsel has conferred with Plaintiff's counsel, who does not object to this request for an adjournment.

The Parties have conferred regarding availability for a rescheduled telephone conference and are available during the following date and times: August 9 before 3:00 PM, August 10 before 4:00 PM, August 11 before 3:00 PM, August 16, August 17, or August 18 before 3:30 PM. This is Defendant's first request for an adjournment of the telephone conference and will not affect any other scheduled dates in connection with the above-captioned action.

Thank you for your consideration of this request.

Respectfully submitted,

*s/ Seth D. Kaufman*

Seth D. Kaufman
For FISHER & PHILLIPS LLP

cc:   Counsel of record (via ECF)

---

[1] Incorrectly named in the Complaint as Dodge Data & Analytics LLC d/b/a Dodge Construction Network

**Fisher & Phillips LLP**

Atlanta · Baltimore · Bethesda  Boston · Charlotte · Chicago · Cleveland · Columbia · Columbus · Dallas · Denver · Detroit · Fort Lauderdale · Gulfport
Houston · Irvine · Kansas City · Las Vegas · Los Angeles · Louisville · Memphis · Minneapolis · Nashville · New Jersey · New Orleans · New York · Orlando
Philadelphia · Phoenix · Pittsburgh · Portland · Sacramento · San Diego · San Francisco · Seattle · Tampa · Washington, DC · Woodland Hills

FP 47846503.2