UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PASQUALE GASPERINI, et al.,

               Plaintiffs,

      v.

DODGE DATA & ANALYTICS LLC,

               Defendant.

23-CV-3901 (DEH)

**NOTICE OF REASSIGNMENT**

DALE E. HO, United States District Judge:

      This case has been reassigned to the undersigned.  All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment; provided the conference scheduled for February 6, 2024, at 11:00 am ET is rescheduled to **February 6, 2024, at 10:00 am ET.**  The conference will be held over Microsoft Teams.  The parties shall join by calling (646) 453-4442 and entering the Conference ID: 257 460 949, followed by the pound (#) sign.

      Nothing herein shall affect the scope of the existing reference to the Magistrate Judge. Any conference or oral argument before or directed by the Magistrate Judge will proceed as ordered.

      SO ORDERED.

Dated: October 23, 2023
      New York, New York

                                           DALE E. HO
                              United States District Judge